UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
OSHONYA SPENCER, CHARLES            :
STRICKLAND, and DOUGLAS             :
McDUFFIE on behalf of themselves    :
and all others similarly situated,  :       No. 3:05-cv-01681 (JCH)
                                    :
       Plaintiffs,                  :
                                    :
       v.                           :
                                    :
THE HARTFORD FINANCIAL              :       February 1, 2006
SERVICES GROUP, INC.,               :
                                    :
       Defendant.                   :
-----------------------------------------------x
```

## MOTION TO DISMISS OF DEFENDANT THE HARTFORD FINANCIAL SERVICES GROUP, INC.

For the reasons set forth in the accompanying Memorandum of Law, Defendant The Hartford Financial Services Group, Inc. respectfully moves this Court pursuant to Federal Civil Rules of Procedure 9(b) and 12(b)(6), for an order dismissing the complaint filed on October 31, 2005, by plaintiffs Oshonya Spencer, Charles Strickland, and Douglas McDuffie on behalf of themselves and all others similarly situated.

THE HARTFORD FINANCIAL
SERVICES GROUP, INC.


By:_____/s/_____
James H. Bicks (ct 04729)
Robert M. Langer (ct 06305)
WIGGIN AND DANA LLP
400 Atlantic St.
Stamford, CT 06911-0325
(203) 363-7600

**ORAL ARGUMENT REQUESTED**

Charles E. Tebbe (Admitted Pro Hac Vice)
Rachel M. Wertheimer (Admitted Pro Hac Vice)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000

Attorneys for Defendant
The Hartford Financial Services Group, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing was this day filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: February 1, 2006

_____/s/_____<br>
James H. Bicks