**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., HARTFORD LIFE, INC., HARTFORD LIFE INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST and HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | No. 3:05-cv-01681 (JCH) |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Dated: June 14, 2006

James H. Bicks
Robert M. Langer
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, Connecticut 06911-0325
(203) 363-7600

Charles E. Tebbe III
John W.R. Murray
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
(212) 468-8000

Attorneys for Defendants

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ..... ii

PRELIMINARY STATEMENT ..... 1

STATEMENT OF FACTS ..... 4

A. Plaintiffs' Structured Settlements ..... 5

1. Spencer's Settlement Agreement ..... 5

2. McDuffie's Settlement Agreement ..... 7

3. Strickland's Settlement Agreement ..... 8

B. The Alleged Breaches of Contract ..... 9

C. The Hartford Life-Hartford Fire Sharing Agreement ..... 9

D. Procedural Background ..... 10

ARGUMENT ..... 11

I. STANDARD ON MOTION TO DISMISS ..... 11

II. THE BREACH OF CONTRACT CLAIM FAILS BECAUSE NONE OF PLAINTIFFS CAN ALLEGE ANY ACT INCONSISTENT WITH THE TERMS OF THEIR SETTLEMENT AGREEMENTS ..... 11

A. Plaintiffs Spencer's and McDuffie's Breach of Contract Claim Fails Because it is Based on Terms That Are Not Contained in Their Fully Integrated Settlement Agreements ..... 11

B. Plaintiffs Admit That the Hartford Insurers Spent Exactly What They Allegedly Promised on Plaintiffs' Annuities ..... 13

III. PLAINTIFFS FAIL TO STATE A CLAIM UNDER RICO ..... 14

A. Plaintiffs Fail to Plead a RICO Enterprise ..... 14

B. Plaintiffs' RICO Claim Fails Because it Duplicates Their Contract Claim ..... 18

C. Spencer's and McDuffie's Underlying Mail and Wire Fraud Violations Fail for Lack of Reasonable Reliance ..... 19

IV. PLAINTIFFS FAIL TO STATE A CLAIM FOR COMMON LAW FRAUD ..... 20

A. Choice of Law Analysis ..... 20

B. Plaintiffs' Fraud Claim is Barred by the Economic Loss Doctrine ..... 21

C. Plaintiffs Spencer and McDuffie Cannot Have Justifiably Relied on the Alleged Misrepresentations ..... 22

D. Plaintiff McDuffie's Fraud Claim Is Barred by the Statute of Limitations ..... 24

**TABLE OF CONTENTS**
(continued)

**Page**

V. PLAINTIFFS CANNOT STATE A CLAIM FOR CIVIL CONSPIRACY .................... 24

VI. PLAINTIFFS CANNOT RECOVER FOR UNJUST ENRICHMENT IN THE FACE OF AN EXPRESS CONTRACT ........................................................... 26

CONCLUSION ........................................................................................................................... 28

## TABLE OF AUTHORITIES

### CASES

*Abdullah v. Travelers Prop. Cas. Corp.*,
83 F. Supp. 2d 289 (D. Conn. 1999) ........ 17

*Alexander & Alexander, Inc. v. B. Dixon Evander & Assocs.*,
650 A.2d 260 (Md. 1994) ........ 25

*Alleco Inc. v. Harry & Jeanette Weinberg Found.*,
665 A.2d 1038 (Md. 1995) ........ 26

*Anatian v. Coutts Bank (Switzerland) Ltd.*,
193 F.3d 85 (2d Cir. 1999) ........ 15

*Baker v. IBP, Inc.*,
357 F.3d 685 (7th Cir. 2004),
*cert. denied*, 543 U.S. 956 (2004) ........ 18

*Benefit Concepts N.Y. v. New Eng. Life Ins. Co.*,
No. 03 CV 1456 (DJS), 2004 WL 1737452 (D. Conn. July 30, 2004) ........ 21

*Blue Cross v. SmithKline Beecham Clinical Labs., Inc.*,
62 F. Supp. 2d 544 (D. Conn. 1998) ........ 18

*Cedric Kushner Promotions, Ltd. v. Don King*,
533 U.S. 158 (2001) ........ 16

*Chandradat v. Navillus Tile, Inc.*,
No. 03 Civ. 10093 (RJH), 2004 WL 2186562 (S.D.N.Y. Sep. 28, 2004) ........ 18

*Charles A. Burton, Inc. v. Durkee*,
109 N.E.2d 265 (Ohio 1952) ........ 12

*Chesher v. Neyer*,
392 F. Supp. 2d 939 (S.D. Ohio 2005) ........ 25

*Cohn v. Mass. Mut. Life Ins. Co.*,
189 F.R.D. 209 (D. Conn. 1999) ........ 23

*Columbia Gas Transmission Comp. v. Ogle*,
51 F. Supp. 2d 866 (S.D. Ohio 1997) ........ 12, 23

*Cortec Indus. v. Sum Holding, L.P.*,
949 F.2d 42 (2d Cir. 1991) ........ 4

*Daddona v. Gaudio*,
156 F. Supp. 2d 153 (D. Conn. 2000)....................17

*Daup v. Tower Cellular, Inc.*,
737 N.E.2d 128 (Ohio 2000) .................... 22-23

*Discon, Inc. v. NYNEX Corp.*,
93 F.3d 1055 (2d Cir. 1996),
*vacated in points on other grounds*, 525 U.S. 128 (1998)....................15

*Ebenisterie Beaubois Ltee. v. Marous Bros. Constr., Inc.*,
No. 02 CV 985, 2002 WL 32818011 (N.D. Ohio Oct. 17, 2002)....................21

*Egbarin v. Lewis, Lewis & Ferraro LLC,*
No. Civ. A. 3:00-CV-1043 (JCH), 2006 WL 236846 (D. Conn. Jan. 31, 2006).................... 14-15

*Elgar v. Elgar*,
679 A.2d 937 (Conn. 1996) ....................13

*eToll, Inc. v. Elias/Savion Adver. Inc.*
811 A.2d 10 (Pa. Super. Ct. 2002)....................22

*Feeley v. Whitman Corp.*,
65 F. Supp. 2d 164 (S.D.N.Y. 1999) ....................19

*Felix v. Lucent Techs., Inc.*,
387 F.3d 1146 (10th Cir. 2004)
*cert. denied,* 125 S. Ct. 2961 (2005)....................23

*Feng v. Dart Hill Realty, Inc.*,
601 A.2d 547 (Conn. App. 1992) ....................27

*First Capital Asset Management, Inc. v. Satinwood, Inc.*,
385 F.3d 159 (2d Cir. 2004) ....................14

*First Nationwide Bank v. Gelt Funding Corp.*,
27 F.3d 763 (2d Cir. 1994) ....................4

*Fitzgerald v. Chrysler Corp.*,
116 F.3d 225 (7th Cir. 1997) ....................16

*Gaylord Entertainment Co. v. Thompson*,
958 P.2d 128 (Okla. 1998)....................25

*Geo-Pro Servs. v. Solar Testing Labs.*,
763 N.E.2d 664 (Ohio Ct. App. 2001)....................25

*George Campbell Painting Corp. v. Chao*,
No. 3:05-CV-00716(JCH), 2006 WL 197375 (D. Conn. Jan. 25, 2006)....................11

*Gilbert v. Seton Hall Univ.*,
332 F.3d 105 (2d Cir. 2003)....................13, 20

*Goldberg v. Bell Atlantic*,
No. 99 Civ. 2889 (DC), 2000 WL 1459834 (S.D.N.Y. Sep. 29, 2000)....................17

*Harold v. McGann*,
No. 05-CV-1493, 406 F. Supp.2d 562 (E.D. Pa Dec. 29, 2005)....................27

*Harp v. King*,
835 A.2d 953 (Conn. 2003)....................25

*Hart v. Arnold*,
884 A.2d 316 (Pa. Super. Ct. 2005)....................22

*In re Koreag, Controle et Revision S.A.*,
961 F.2d 341 (2d Cir. 1992)....................20

*In re SmithKline Beecham Clinical Labs., Inc. Lab. Test Billing Practice Litig.*,
108 F. Supp. 2d 84 (D. Conn. 1999)....................17

*Int'l Telecom, Inc. v. Generadora Electrica del Oriente, S.A.*,
No. 00 Civ. 8695 (WHP), 2002 WL 465291 (S.D.N.Y. Mar. 27, 2002)....................18, 19

*Joiner v. Chartwells*,
No. 3:05CV845(JCH), 2005 WL 3499994 (D. Conn. Dec. 20, 2005)....................11

*Kelly v. Dietz*,
No. 99-CV-0689E(SC), 2000 WL 914127 (W.D.N.Y. June 16, 2000)....................19

*Klusty v. Taco Bell Corp.*,
909 F. Supp. 516 (S.D. Ohio 1995)....................26

*Knez Optical, Inc. v. Singer Optical Group, Inc.*,
No. 94-7582, 1995 WL 649262 (E.D. Pa. Nov. 3, 1995)....................19-20

*Kramer v. Time Warner, Inc.*,
937 F.2d 767 (2d Cir. 1991)....................4

*Kwang Dong Pharm. Co. v. Myun Ki Han*,
205 F. Supp. 2d 489 (D. Md. 2002) .......... 26

*Litchfield Asset Mgmt. Corp. v. Howell*,
799 A.2d 298 (Conn. App. 2002) .......... 26

*Lockheed Martin Corp. v. Boeing Co.*,
314 F. Supp. 2d 1198 (M.D. Fla. 2004) .......... 16

*Lorentzen v. Curtis*,
18 F. Supp. 2d 322 (S.D.N.Y. 1998) .......... 17

*Macomber v. Travelers Property and Casualty Corp.*,
804 A.2d 180 (Conn. 2002) .......... 12, 27

*Marshak v. Marshak*,
628 A.2d 964 (Conn. 1993) .......... 25

*Martin Marietta Corp. v. Int'l Telecomm. Satellite Org.*,
763 F. Supp. 1327 (D. Md. 1991),
*aff'd in part, rev'd in part on other grounds,* 978 F.2d 140 (4th Cir. 1992) .......... 21

*Martinez Tapia v. Banque Indosuez*,
No. 99-7170, 199 U.S. App. LEXIS 29260 (2d Cir. Nov. 3, 1999) .......... 19

*McGreevy v. Stroup*,
413 F.3d 359 (3d Cir. 2005) .......... 25

*McKeeman v. Corestates Bank, N.A.*,
751 A.2d 655 (Pa. Super. Ct. 2000) .......... 25

*Milltex Props. v. Johnson*,
No. 565866, 2004 WL 615748 (Conn. Super. Ct. Mar. 15, 2004) .......... 22

*NRB Indus. v. R.A. Taylor & Assoc.*,
No. 97 Civ. 181 (JSR), 1998 WL 3638 (S.D.N.Y. Jan. 7, 1998) .......... 17

*One-O-One Enters., Inc. v. Caruso*,
848 F.2d 1283 (D.D.C. 1988) .......... 20

*RD Mgmt. Corp. v. Samuels*,
No. 02 Civ. 4876 (SWK), 2003 WL 21254076 (S.D.N.Y. May 29, 2003) .......... 18

*Retrofit Partners v. Lucas Indus., Inc.*,
201 F.3d 155 (2d Cir. 2000) .......... 23

*Riverwoods Chappaqua Corp. v. Marine Midland Bank, N.A.*,
30 F.3d 339 (2d Cir. 1994) .................... 15, 16-17

*Roberson v. PaineWebber, Inc.*,
998 P.2d 193 (Okla. Civ. App. 1999) .................... 25

*Silver v. Slusher*,
770 P.2d 878 (Okla. 1988) (citations and emphasis omitted) .................... 23

*State v. Vakilzaden*,
742 A.2d 767 (Conn. 1999) .................... 25

*Storm v. ITW Insert Molded Prods.*,
400 F. Supp. 2d 443 (D. Conn. 2005) .................... 11

*Svege v. Mercedes-Benz Credit Corp.*,
182 F. Supp. 2d 226 (D. Conn. 2002) .................... 20

*Tallmadge Bros. Inc. v. Iroquois Gas Transmission Sys., L.P.*,
746 A.2d 1277 (Conn. 2000) .................... 12-13

*Textron Fin. Corp. v. Nationwide Mut. Ins. Co.*,
684 N.E.2d 1261 (Ohio App. 1996) .................... 22

*Turner v. Langenbrunner*,
2004 WL 1197213 (Ohio App. June 1, 2004) .................... 27

*United States ex rel. Trim v. McKean*,
31 F. Supp. 2d 1308 (D. Okla. 1998) .................... 26-27

*United States Fid. & Guar. Co. v. S.B. Phillips Co.*,
359 F. Supp. 2d 189 (D. Conn. 2005) .................... 26

*United States v. Turkette*,
452 U.S. 576 (1981) .................... 14

*Waggoner v. Town & Country Mobile Homes, Inc.*,
808 P.2d 649 (Okla. 1990) .................... 22

*Watkins & Son Pet Supplies v. Iams Co.*,
254 F.3d 607 (6th Cir. 2001) .................... 22-23

*Williams v. Mohawk Indus.*,
411 F.3d 1252 (11th Cir. 2005),
*cert. granted*, 126 S. Ct. 830 (2005) *and dismissed* 126 S. Ct. 2016 (2006) .................... 18

**STATUTES**

18 U.S.C. § 1962(c) ....................14, 15

Conn. Gen. Stat. § 52-577 ....................24

Fed.R.Civ.P. 12(b)(6) ....................4, 11

Okla. Stat. tit. 12, § 95 ....................24