UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | NO. 3:05cv1681 (JCH) |
| V. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : | |
| Defendants. | : | SEPTEMBER 30, 2010 |

# MOTION FOR EXPEDITED ORDER AUTHORIZING CONFIDENTIAL DISCLOSURE OF INFORMATION RE: UNLOCATED CLASS MEMBERS

Class Counsel have been advised by the Claims Administrator that, despite efforts to obtain updated addresses for all class members through available public information databases, it lacks accurate addresses for approximately 1,300 class members. The Class Administrator has further advised Class Counsel that it believes it would be able to obtain accurate addresses for many, if not all, of these class members if it were provided with the class members' social security numbers.

Defendants have information in their possession concerning some class members' social security numbers and may have information as to some of the 1,300+ class members' social security numbers sought by the Claims Administrator. Defendants cannot, however, disclose any such information that they have absent a court order compelling such disclosure. Defendants have agreed to use best efforts to determine if they have social security numbers for any of the

1,300+ class members and provide such information to Class Counsel and the Claims Administrator as quickly as practicable if the Court grants this Motion.

Accordingly, Class Counsel respectfully move this Court for an Order authorizing defendants to disclose to Class Counsel and the Claims Administrator social security numbers for such class members as may be requested by the Claims Administrator, such information to be kept confidential by Class Counsel and the Claims Administrator and used for the sole purpose of assisting in locating the class members.

Class counsel further move this Court to grant this Motion on an expedited basis so that the requested information can be promptly provided to the Claims Administrator, which is now preparing a distribution list and mailing of class member distributions.

James H. Bicks, Esq., counsel for defendants, has advised class counsel that defendants do not oppose this Motion or its expedited consideration.

Dated: September 30, 2010					Respectfully submitted,


							/s/
							DAVID S. GOLUB ct 00145
							JONATHAN M. LEVINE ct07584
							SILVER GOLUB & TEITELL LLP
							184 ATLANTIC STREET
							P.O. BOX 389
							STAMFORD, CT 06904
							Tel:  203 325-4491
							Fac.  203 325-3869
							Email: dgolub@sgtlaw.com

PETER R. KAHANA phv0784
STEVEN L. BLOCH phv0786
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Tel. (215) 875-3000
Fac. (215) 875-4604

CARL S. KRAVITZ phv01826
CAROLINE E. REYNOLDS phv01825
ZUCKERMAN SPAEDER LLP-DC
1800 M STREET, N.W.
WASHINGTON, DC 20036
Tel. (202) 822-8100
Fac. (202) 822-8106

RICHARD B. RISK, JR. phv0785
RISK LAW FIRM
3417 EAST 76TH STREET
TULSA, OK 74136
Tel. 918 494 8025

*Attorneys for the Named Plaintiffs and Class Counsel*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 30, 2010, the foregoing Motion for Order Authorizing Confidential Disclosure of Information re Unlocated Class Members was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                     /s/
                                            DAVID S. GOLUB ct 00145
                                            SILVER GOLUB & TEITELL LLP
                                            184 ATLANTIC STREET
                                            P.O. BOX 389
                                            STAMFORD, CONNECTICUT 06904
                                            Tel. (203) 325-4491
                                            Fac. (203) 325-3769
                                            dgolub@sgtlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | NO. 3:05cv1681 (JCH) |
| V. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : | |
| Defendants. | : | |

## **ORDER**

The Claims Administrator processing the settlement distributions for the Class in this action has advised Class Counsel that despite efforts to obtain updated addresses for all class members through available public information databases, it lacks updated addresses for approximately 1,300+ class members. The Claims Administrator has further advised Class Counsel that it believes it would be able to obtain accurate addresses for many, if not all, of these class members if it were provided with the class members' social security numbers.

Defendants may have information in their possession as to the social security numbers of some of these 1,300+ class members. Defendants do not oppose entry of an order authorizing them to disclose any such information in their possession and have agreed to use best efforts to determine if they social security numbers as to any of the 1,300+ class members and provide it, through Class Counsel, to the Claims Administrator as quickly as practicable if the Court so orders.

The Court finds that it is in the best interests of these class members for whom the Claims Administrator lacks an updated address that personal information concerning the class members' social security numbers be disclosed to Class Counsel and the Claims Administrator.

The Court hereby orders defendants to disclose to Class Counsel and the Claims Administrator social security numbers for such class members as may be requested by the Claims Administrator, such disclosure to be made as quickly as practicable by defendants upon receipt of a list of such class members. Such information shall be kept confidential by Class Counsel and the Claims Administrator and used for the sole purpose of assisting in locating the class members.

Dated at Bridgeport, Connecticut, this       day of       2010.

_____
Janet C. Hall, U.S.D.J.