UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : |
| Plaintiffs, | : NO. 3:05cv1681 (JCH) |
| V. | : : |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : |
| Defendants. | : |

# ORDER

The Claims Administrator processing the settlement distributions for the Class in this action has advised Class Counsel that despite efforts to obtain updated addresses for all class members through available public information databases, it lacks updated addresses for approximately 1,300+ class members. The Claims Administrator has further advised Class Counsel that it believes it would be able to obtain accurate addresses for many, if not all, of these class members if it were provided with the class members' social security numbers.

Defendants may have information in their possession as to the social security numbers of some of these 1,300+ class members. Defendants do not oppose entry of an order authorizing them to disclose any such information in their possession and have agreed to use best efforts to determine if they social security numbers as to any of the 1,300+ class members and provide it, through Class Counsel, to the Claims Administrator as quickly as practicable if the Court so orders.

The Court finds that it is in the best interests of these class members for whom the Claims Administrator lacks an updated address that personal information concerning the class members' social security numbers be disclosed to Class Counsel and the Claims Administrator.

The Court hereby orders defendants to disclose to Class Counsel and the Claims Administrator social security numbers for such class members as may be requested by the Claims Administrator, such disclosure to be made as quickly as practicable by defendants upon receipt of a list of such class members. Such information shall be kept confidential by Class Counsel and the Claims Administrator and used for the sole purpose of assisting in locating the class members.

Dated at Bridgeport, Connecticut, this         day of          2010.

_____
Janet C. Hall, U.S.D.J.