UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | NO. 3:05cv1681 (JCH) |
| V. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : | |
| Defendants. | : | OCTOBER 21, 2010 |

## MOTION FOR EXPEDITED ORDER

Named Plaintiffs, through Class Counsel, respectfully move this Court for an Order authorizing payment of additional expenses and approving the distribution of the net settlement proceeds currently being held in escrow to class members in accordance with the attached Exhibit A filed under seal.

Class counsel seek Court authorization for payment from the Settlement Fund of the following expenses:

      a.    costs of Class Administration and Distribution in the total amount of $189,953.72, consisting of $106,644.82 for pre-distribution costs of notice and administration; $50,460.00 for initial distribution of settlement proceeds; and $32,848.90 for post-distribution expenses and professional fees; and

      b    additional expert witness expenses in the amount of $46,819.60, representing expert consulting fees of plaintiffs' rebuttal expert, Mario Torsiello, not included in plaintiffs' prior expense submissions to the Court.

After deduction of these expenses, and the fees, expenses and payments previously approved by the Court in its Settlement Order and Final Judgment Approving Settlement, there remains the net sum of $49,675,964.46 for distribution to members of the plaintiff class in accordance with the plan of allocation previously approved by the Court. Accordingly, plaintiffs seek an Order for the distribution of these remaining proceeds to each member of the plaintiff class calculated in accordance with the plan of allocation previously approved by the Court. The proposed amounts to be distributed to each class member are set forth in the annexed Exhibit A which is being filed under seal, in accordance with the Stipulated Protective Order in this matter and counsel's discussions with the Court during the September 21, 2010 hearing on plaintiffs' Motion for Final Approval of Settlement.

Class counsel further move this Court to grant this Motion on an expedited basis so that the Claims Administrator can begin the distributions to class members promptly upon the expiration of the thirty-day appeal period from the Final Judgment entered by this Court on September 21, 2010.

Robert S. Hoff, Esq., counsel for defendants has advised class counsel that defendants do not oppose this Motion or its expedited consideration.

Dated: October 21, 2010

Respectfully submitted,

/s/
DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
Tel: 203 325-4491
Fac. 203 325-3869
Email: dgolub@sgtlaw.com

PETER R. KAHANA phv0784
STEVEN L. BLOCH phv0786
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Tel. (215) 875-3000
Fac. (215) 875-4604

CARL S. KRAVITZ phv01826
CAROLINE E. REYNOLDS phv01825
ZUCKERMAN SPAEDER LLP-DC
1800 M STREET, N.W.
WASHINGTON, DC 20036
Tel. (202) 822-8100
Fac. (202) 822-8106

RICHARD B. RISK, JR. phv0785
RISK LAW FIRM
3417 EAST 76TH STREET
TULSA, OK 74136
Tel. 918 494 8025

*Attorneys for the Named Plaintiffs and the Class*

## CERTIFICATION

I hereby certify that on October 21, 2010, the foregoing Motion for Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID S. GOLUB ct 00145
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT 06904
Tel. (203) 325-4491
Fac. (203) 325-3769
dgolub@sgtlaw.com