UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, : : : : : | |
| Plaintiffs, : | NO. 3:05cv1681 (JCH) |
| V. : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al : : | |
| Defendants. : | OCTOBER 21, 2010 |

## PLAINTIFFS' MOTION TO SEAL

Named Plaintiffs, through Class Counsel, pursuant to the Stipulated Protective Order in this action (Doc. # 82) and in accordance with the discussion among the parties and the Court at the hearing on plaintiffs' Motion for Final Approval of Class Action Settlement, respectfully move this Court to seal Exhibit A to plaintiffs' Motion for Expedited Order for the reason that said Exhibit A contains information that is confidential within the meaning of the parties' Stipulated Protective Order and further contains sensitive financial information and identifying personal information about class members who are not named parties in this action.

Respectfully submitted,

/s/
DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
Tel: 203 325-4491
Fac. 203 325-3869
Email: dgolub@sgtlaw.com

PETER R. KAHANA phv0784
STEVEN L. BLOCH phv0786
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Tel. (215) 875-3000
Fac. (215) 875-4604

CARL S. KRAVITZ phv01826
CAROLINE E. REYNOLDS phv01825
ZUCKERMAN SPAEDER LLP-DC
1800 M STREET, N.W.
WASHINGTON, DC 20036
Tel. (202) 822-8100
Fac. (202) 822-8106

RICHARD B. RISK, JR. phv0785
RISK LAW FIRM
3417 EAST 76TH STREET
TULSA, OK 74136
Tel. 918 494 8025

*Attorneys for the Named Plaintiffs and the Class*

## **CERTIFICATION**

I hereby certify that on October 21, 2010, the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID S. GOLUB ct 00145
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT 06904
Tel. (203) 325-4491
Fac. (203) 325-3769
dgolub@sgtlaw.com