UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | NO. 3:05cv1681 (JCH) |
| V. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : | |
| Defendants. | : | NOVEMBER 2, 2010 |

## NOTICE OF MANUAL FILING

Please take notice that Named Plaintiffs, through class counsel have manually filed a

Redacted Exhibit A to plaintiffs' Motion for Expedited Order. The document has not been filed

electronically because the file exceeds the maximum file size for electronic filing.

Redacted Exhibit A to plaintiffs' Motion for Expedited Order has been manually served

on all parties.

Respectfully submitted,

_____/s/_____

DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
Tel: 203 325-4491
Fac. 203 325-3869

Email: dgolub@sgtlaw.com

PETER R. KAHANA phv0784
STEVEN L. BLOCH phv0786
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Tel. (215) 875-3000
Fac. (215) 875-4604

CARL S. KRAVITZ phv01826
CAROLINE E. REYNOLDS phv01825
ZUCKERMAN SPAEDER LLP-DC
1800 M STREET, N.W.
WASHINGTON, DC 20036
Tel. (202) 822-8100
Fac. (202) 822-8106

RICHARD B. RISK, JR. phv0785
RISK LAW FIRM
3417 EAST 76TH STREET
TULSA, OK 74136
Tel. 918 494 8025

*Attorneys for the Named Plaintiffs and
the Class*

## CERTIFICATION

I hereby certify that on November 2, 2010, the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT 06904
Tel. (203) 325-4491
Fac. (203) 325-3769
dgolub@sgtlaw.com