# WADE T. MORRIS, ESQ.
*Attorney at Law*
225 Broadway, 15th Floor
New York, New York 10007-3024

212-406-4993 Tel
212-406-4996 Fax



January 4, 2012

Hon. Janice C. Hall
US District Court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604

RE: Spencer v. The Hartford Financial Services Group, Inc.
Index#: 3:05-cv-1681(JCH)

Dear Honorable J. Hall,

    My name is Wade T. Morris, Esq. I am an attorney practicing personal injury law in New York and New Jersey. Back in 2006 I settled a case for a client of mine and both he and I structured money from that case with the Hartford. My structure cost was $250,000 and a policy was issued on March 30, 2006 (Contract #CCX0501147) to distribute my fee over time. Over a year and a half ago I received a notice of proposed settlement. It said that if I had no opted out previously I needed to do nothing further unless I objected to the settlement. I had not opted out and I did not object. Since then I have not received any further correspondence from any party regarding this matter nor have I received any due compensation. The only exclusion I can find is that I could not have used a plaintiff's structure broker. I did not use such a broker and was unaware at the time they even existed. Thus I only engaged with the defendant's structure broker.

    In September of 2011 I became curious about what happened and began doing some internet searches. I discovered that the money for the class members was distributed in December of 2010. On September 23, 2011 I contacted the Court appointed claims administrator the Garden City Group to inquire. I have spoken no less than 10 times since then with a very pleasant woman named Lynn who nonetheless has not been able to provide me with any useful information as to why I have not received my distribution. At this time, I am demanding my distribution with interest from the date of distribution to the other class members. It is really frustrating that in over three months I have not been able to obtain any answer as to why I have not been paid or as to when my money will be forthcoming. I even checked with my client who structured at the same time with the same defense broker and he was compensated long ago.

    I am kindly asking if the Court (or any of the recipients listed below) can assist in moving this matter along in obtaining a simple answer to the question: why have I not received what is due to me as a valid and aggrieved member of the class?

Thank you.

Sincerely,

*[signature]*

Wade T. Morris, Esq.

CC:
Spencer v. The Hartford Financial Services Group, Inc.
C/O Garden City Group, Inc.
PO Box 9349
Dublin, OH 43017
Attn: Project Manager/Supervisor

Garden City Group, Inc.
105 Maxcess Road,
Melville, NY 11747
Attn: Christopher Melissakis, Project Supervisor

David S. Golub
Silver Golub & Teitell LLP
*Lead Plaintiff's Counsel*
184 Atlantic Street
Stamford, CT 06904

Wiggin & Dana
400 Atlantic Street
Stamford, CT 06911