UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : | |
| | : | |
| Plaintiffs, | : | NO. 3:05cv1681 (JCH) |
| | : | |
| V. | : | |
| | : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : | |
| | : | |
| Defendants. | : | JANUARY 21, 2015 |

## MOTION FOR ORDER

Class Counsel respectfully move for entry of an Order directing defendants to provide

Class Counsel with the social security numbers and last known addresses of class members

whose settlement checks have been returned to the class administrator, The Garden City Group,

Inc., as undeliverable or whose settlement checks have remained uncashed for more than ninety

days.

In support of this Motion, Class Counsel submit the attached Declaration of Peter R.

Kahana dated January 21, 2015.

Dated: January 21, 2015                    Respectfully submitted,


                                           _/s/ Peter R. Kahana_
                                           PETER R. KAHANA phv0784
                                           BERGER & MONTAGUE, P.C.
                                           1622 LOCUST STREET
                                           PHILADELPHIA, PA  19103
                                           Tel.  (215) 875-3000
                                           Fac.  (215) 875-4604
                                           Email: pkahana@bm.net

                                           *Attorneys for the Class*

## **CERTIFICATION**

I hereby certify that on January 21, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 */s/ Peter R. Kahana*
PETER R. KAHANA *phv0784*