UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | NO.  3:05cv1681 (JCH) |
| V. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al | : : : | |
| Defendants. | : | JANUARY 21, 2015 |

## DECLARATION OF PETER R. KAHANA

Peter R. Kahana, does declare, under penalty of perjury, as follows:

1. I am an attorney admitted *pro hac vice* to the Bar of this Court and a member of the law firm of Berger & Montague, P.C., one of the law firms appointed Class Counsel in the above-captioned action.

2. I submit this Declaration in support of Class Counsel's Motion for Order authorizing defendants to disclose social security numbers and last known addresses for class members who the class administrator has, to date, been unable to locate or who have, to date, failed to cash their settlement checks for over ninety days.

3. Class counsel has been advised by The Garden City Group, Inc., the class settlement administrator, that 1,626 of the settlement checks mailed to class members at the address in the class list provided by defendants have been returned as undeliverable and that an additional 2,219 of the settlement checks remain uncashed (for greater than ninety days).  The Garden City Group,

Inc. believes that with the benefit of social security numbers and last known addresses for these class members, it will be better able to conduct searches to locate these class members and distribute their funds to them.

    4.  The information sought will be used by The Garden City Group, Inc. solely for the purposes of locating and distributing settlement checks to class members.

    5.  Class Counsel propose that should the Court grant this Motion, they then provide an updated list to defendants of the class members whose social security numbers and last known addresses are being sought.

    I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

    Executed on January 21, 2015.

                                                  /s/
                                                  PETER R. KAHANA

**CERTIFICATION**

    I hereby certify that on January 21, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                    PETER R. KAHANA phv0784