UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| OSHONYA SPENCER, CHARLES STRICKLAND, and DOUGLAS McDUFFIE on behalf of themselves and all others similarly situated, : : : : : | |
| Plaintiffs, : | NO. 3:05cv1681 (JCH) |
| : | |
| v. : | |
| : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., : : | |
| : | |
| Defendants. : | |

**ORDER**

The Court has reviewed Class Counsel's Motion for Orders authorizing final distributions to class members of the net amount remaining in the settlement fund established for the benefit of Settlement Class Members pursuant to the Settlement Order and Final Judgment herein and payment of the class administrator's fees and disbursements, and the supporting Declarations of Peter R. Kahana, Esq., Class Counsel, and Stephanie Amin-Giwner, Assistant Director of Operations for Garden City Group, LLC ("GCG"), the administrator of the class settlement.

The Court authorizes the distribution to class members of the net amount remaining in the settlement fund after deduction of GCG's fees and expenses as described below, and approves the proposed Second and Third Distribution procedures set forth in the Kahana and Amin-Giwner Declarations.

The Court further approves the payment to GCG of its current unpaid fees and expenses and estimated fees and expenses for conducting the Second and Third Distribution procedures in the amount of $215,056.06.

Dated at New Haven, Connecticut, this 27th day of September 2018.

/s/Janet C. Hall